**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ZULMA IVELISSE COTTO DELGADO**<br>**aka ZULMA I COTTO**<br><br>xxx–xx–6956<br><br>Debtor(s) | Case No. **17–03754 MCF**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 7/1/19 |

### *ORDER DISCHARGING TRUSTEE AND RELEASING HIS BOND*

The instant case was converted to Chapter 7 on 5/23/19. The Chapter 13 Trustee has rendered a final report of his administration on 5/29/19. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, July 1, 2019 .

*Mildred Caban* (signature)

Mildred Caban Flores
United States Bankruptcy Judge